# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

John Hill,

     Plaintiff,

     v.                                                                Case No. 2:19-cv-1242

Eric R. Alden, *et al.*,                                        Judge Michael H. Watson

     Defendants.                                          Magistrate Judge Vascura

## OPINION AND ORDER

John Hill ("Plaintiff"), who is proceeding without the assistance of counsel,

brings this action against The Ohio State University Marching Band, the Alumni

Group and its attorney Eric Alden, and other John and Jane Does, alleging

copyright infringement. The Magistrate Judge granted Plaintiff's motion to

proceed *in forma pauperis* and conducted an initial screen pursuant to 28 U.S.C.

§ 1915(e)(2). The Magistrate Judge issued a Report and Recommendation

("R&R") recommending dismissal of Plaintiff's Complaint for failure to state a

claim. ECF No. 7. Plaintiff filed a timely objection. ECF No. 8.

Federal Rule of Civil Procedure 72(b)(2) provides that "[w]ithin 14 days

after being served with a copy of the recommended disposition, a party may

serve and file specific written objections to the proposed findings and

recommendations." Fed. R. Civ. P. 72(b)(2). "The district judge must determine

de novo any part of the magistrate judge's disposition that has been properly

objected to. The district judge may accept, reject, or modify the recommended

disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3).

Plaintiff's objection to the R&R is not well-taken. Although difficult to decipher, it appears that Plaintiff disagrees with the Magistrate Judge's conclusion that he failed to state a claim. Upon *de novo* review, the Court finds no error in the Magistrate Judge's well-reasoned opinion. As the Magistrate Judge explained, Plaintiff has already brought numerous cases alleging the same allegations, to no avail. *See* R&R 4–5, ECF No. 7. The Court agrees with the Magistrate Judge that Plaintiff's current Complaint "fails for the *same reasons* the Sixth Circuit articulated in *Hill v. Waters*." *Id.* at 6.

Accordingly, the Court **ADOPTS** and **AFFIRMS** the R&R. ECF No. 7. The Court **DISMISSES** this action for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Clerk is **DIRECTED** to terminate this case. The Court further **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3), that an appeal would not be in good faith and that an application to proceed in forma pauperis on appeal would be **DENIED**.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT